AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Cody Jerome Cooley<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:21-mj- 640-RPM<br>)<br>)<br>)<br>) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Nov 08 2021

ARTHUR JOHNSTON, CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 6, 2021__ in the county of __Harrison__ in the __Southern__ District of __MS, Southern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(j) | Possession of a stolen firearm. |
| 18 U.S.C. § 1951 | Interference with commerce by robbery and/or threats of violence. |

This criminal complaint is based on these facts:

See affidavit attached hereto and incorporated herein

☑ Continued on the attached sheet.

*Complainant's signature*

Adam Gibbons, Task Force Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-8-2021

*Judge's signature*

City and state: Gulfport, Mississippi       Robert P. Myers Jr., United States Magistrate Judge
*Printed name and title*

## Affidavit in support of a Criminal Complaint

Your Affiant, Adam Gibbons, being duly sworn, deposes and states the following:

I am a Task Force Agent with the United States Drug Enforcement Administration (DEA), Gulf Coast High Intensity Drug Trafficking Area Task Force (HIDTA). My parent agency is the Gulfport Police Department (GPD), where I hold the rank of Detective Sergeant in the Narcotics Division. The DEA Task Force in Gulfport, Mississippi, is made up of Special Agents from the DEA, Special Agents from Homeland Security Investigations (HSI), Agents from the Mississippi Bureau of Narcotics (MBN), and Detectives from the Police Departments of Biloxi, Harrison County, Jackson County, and Gulfport. I have been assigned to the DEA Task Force in Gulfport, Mississippi for over ten years. I have been employed by the Gulfport, Mississippi Police Department as a Police Officer since July, 2000. My primary duties at the DEA Task Force include the investigation of organized narcotics traffickers. I have participated in numerous narcotics investigations, during the course of which I have conducted or participated in physical and wire surveillances, including previous Title III investigations, undercover transactions, the introduction of undercover agents, the execution of search warrants, debriefing of informants, and reviews of taped conversations and drug records. I have also been the Affiant for multiple wire taps, search warrants, and arrest warrants. Through my training, education, and experience, I have become familiar with the manner in which illegal drugs are transported, stored, and distributed and the methods of payments for such drugs.

In addition to my narcotics training and experience, I have been through training conducted by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and the United States Attorney's Office (USAO), which focused on illegal firearms and crime gun recovery. I have also been involved in with numerous investigations involving the illegal possession of firearms by prohibited persons, the possession and use of firearms by narcotics traffickers/gang members, the firearms which affect interstate commerce. Several of these investigations have included conspiratorial relationships between multiple defendants and generally involve a series or pattern of criminal activities or multiple criminal schemes.

1. This affidavit is based on information from law enforcement agents and sources and on my examination of various reports, evidence and records. This is being submitted for the limited purpose of establishing probable cause to support issuing a criminal complaint. It does not include all the facts that have been learned during the course of this investigation.

2. Based on personal knowledge and information I received from various law enforcement sources including the Gulfport Police Department, I am aware of the following facts:

4. On November 6, 2021, the Gulfport, Mississippi Police Department responded to a robbery at the gun counter of Academy Sport located at 15130 Crossroads Parkway Gulfport, Mississippi. The defendant Cody Jerome Cooley entered the store and approached the gun counter. Cooley asked the gun employee to see a Springfield Armory XDM Elite Handgun serial number BA596234. While Cooley was looking at the firearm Cooley asked the employee if he could look at an additional handgun to compare the two firearms. When the employee looked down to unlock the gun cabinet Cooley struck the employee in the face with the Springfield Armory pistol and fled on foot with the pistol. Cooley was chased from the store by a armed civilians. He was apprehended by civilians and police in the parking lot of a nearby restaurant. The Springfield Armory pistol was recovered.

5. Cooley is currently on bond for felony drug offenses (possession with intent to distribute MDMA) and possession of a firearm during drug trafficking, by Laurel Police Department in Mississippi

5. Based upon my training and experience and consultation with Special Agents at ATF, I know that the above firearms were not manufactured in the state of Mississippi. Therefore, these firearms have moved in or affecting interstate commerce to be in Mississippi. Additionally, the firearm that was taken by Cooley was shipped to Academy Sports from out of state. Furthermore, Academy Sports is national sporting goods chain and a Federal Firearms Licensee, that among other things, is engaged in the business of the sale of consumer goods and firearms, which travel in and affect interstate commerce.

6. The amended Gun Control Act of 1968 (GCA), defines "firearm" to include- "…any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive… [and] …the frame or receiver of any such weapon…" Pursuant to 18 U.S.C. 922(j), it is unlawful for a person to possess a stolen firearm, that was shipped or transported in interstate or foreign commerce, knowing or having reasonable cause to believe that the firearm was stolen. Additionally, pursuant to 18 U.S.C. 1951, it is unlawful for any person to obstruct, delay, or affect commerce or the movement of any article or commodity in commerce by robbery.

7. Based upon the foregoing information, my training and experience, I submit this information supports probable cause to believe that on November 6, 2021, in the Southern District of Mississippi, Cody Jerome Cooley violated Title 18, United States Code, Section 922(j), possession of a stolen firearm and violated Title 18 United States Code Section 1951, Interference with commerce by robbery and/or threats of violence.

_____
Adam Gibbons
Task Force Agent
Drug Enforcement Administration

Sworn and subscribed before me this 8th day of November, 2021.

_____
United States Magistrate Judge